UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESSA S. LAYTON,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-06-3080-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 31). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7). After considering the stipulation,

    **IT IS ORDERED** that the above-captioned case be remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge ("ALJ") will: (1) evaluate all lay witness statements of record and either credit the same, or provide reasons germane to the witness for discounting them; (2) re-evaluate the severity of Plaintiff's impairments and provide rationale for the specific limitations resulting from these impairments; (3) re-evaluate the assessments

ORDER - 1

of the claimant's treating and examining sources, including Dr. Khamisani, Dr. Kennedy, Dr. Robinson, and PA Jeffrey Van Troba; (4) reconsider the testimony of the claimant; (5) hold a supplemental hearing and take the testimony of a vocational expert unless a fully favorable on the record decision is issued; (6) make a new determination as to Plaintiff's disability taking all evidence into account; and (7) issue a new decision.

Accordingly, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties Joint Motion to Remand (**Ct. Rec. 31**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this   18th   day of May, 2007.

                     S/ Michael W. Leavitt
                     MICHAEL W. LEAVITT
                     UNITED STATES MAGISTRATE JUDGE