# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

TERESSA S. LAYTON,                    )
                                      )
          Plaintiff,                  )
                                      )          NO.  CV-06-3080-MWL
     vs.                              )
                                      )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                    )          **CIVIL CASE**
Commissioner of Social Security,      )
                                      )
          Defendant.                  )
                                      )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 18th day of May, 2007.

JAMES R. LARSEN
District Court Executive/Clerk


by: s/ Pamela A. Howard
          Deputy Clerk

cc: all counsel